# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00361-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSHUA OWEN JOHNSON,

    Defendant.

---

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

IT IS ORDERED that the defendant's conditions of supervised release be modified to include the following special condition(s):

1. The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence on bed space availability and shall observe the rules of that facility.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

FURTHER ORDERED that all terms and conditions of supervised release previously imposed remain in full force and effect.

DATED at Denver, Colorado, this 20th day of July, 2015.

BY THE COURT:

*Christine M. Arguello*
Christine M. Arguello
United States District Judge